FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC MOLINA, | |
| Plaintiff, | No. 4:23-CV-05012-SAB |
| v. | |
| CITY OF WEST RICHLAND, a municipal corporation; BEN MAJETICH, in his individual capacity; DUANE OLSEN, in his individual and official capacities; DANIEL GRIMES, in his individual and official capacities; and THOMAS GREGO, in his individual and official capacities, | **ORDER ENTERING JUDGMENT AND DISMISSING CASE** |
| Defendants. | |

Before the Court is Plaintiff's Motion for Entry of Judgment and Motion to Dismiss Claims Against Remaining Defendants, ECF No. 9. Plaintiff moves for an entry of judgment against Defendant City of West Richland and dismissal of all claims against the remaining Defendants.

On February 17, 2023, Defendant City of West Richland served an Amended Offer of Judgment on Plaintiff. ECF No. 8-1. On February 24, 2023, Plaintiff accepted the offer. ECF No. 8-2. Consistent with the terms of the parties' agreement, the Court grants the motion and issues judgment as follows.

//

**ORDER ENTERING JUDGMENT AND DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1.      Plaintiff's Motion for Entry of Judgment and Motion to Dismiss Claims Against Remaining Defendants, ECF No. 9, is **GRANTED**.

2.      The Clerk of Court is directed to **enter judgment** in favor of Plaintiff Eric Molina and against Defendant the City of West Richland in the amount of $25,001.00.

3.      All claims and causes of action against Defendants Ben Majetich, Duane Olsen, Daniel Grimes, and Thomas Grego are **DISMISSED** with prejudice.

4.      The trial date, scheduling conference on March 21, 2023, and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** the file.

**DATED** this 17th day of March 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER ENTERING JUDGMENT AND DISMISSING CASE** *2