AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 17, 2023**

SEAN F. McAVOY, CLERK

ERIC MOLINA,

*Plaintiff*

v.

CITY OF WEST RICHLAND, BEN MAJETICH, DUANE OLSEN, DANIEL GRIMES, and THOMAS GREGO,

*Defendants*

)
)
)
)
)
)

Civil Action No. 4:23-cv-05012-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Entry of Judgment and Motion to Dismiss Claims Against Remaining Defendants, ECF No. 9, is GRANTED. Judgment is entered in favor of Plaintiff Eric Molina and against Defendant the City of West Richland in the amount of $25,001.00. All claims and causes of action against Defendants Ben Majetich, Duane Olsen, Daniel Grimes, and Thomas Grego are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   STANLEY A. BASTIAN   on Plaintiff's Motions.

Date: 03/17/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk